

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JEFFREY STEPHON CARTER,<br><br>                Defendant. | NO.: CR 07-158-FMC-1<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

Deten[2].ord

|||
|---|---|
|1| released under 18 U.S.C. § 3142(b) or (c). This finding is |
|2| based on his failure to proffer any evidence to meet his burden |
|3| on this issue; |
|4| and |
|5| B.  (X)  The defendant has not met his burden of establishing by |
|6| clear and convincing evidence that he is not likely to pose a |
|7| danger to the safety of any other person or the community if |
|8| released under 18 U.S.C. § 3142(b) or (c). This finding is |
|9| based on his failure to proffer any evidence to meet his burden |
|10| on this issue. |
|11| IT THEREFORE IS ORDERED that the defendant be detained pending |
|12| the further revocation proceedings. |

DATED: April 29, 2009

_____
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord                                   2